UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1626 WQH |
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| MARTIN MENDEZ-LAGUNAS, | |
| Defendant. | |

The grand jury charges:

On or about April 26, 2008, within the Southern District of California, defendant MARTIN MENDEZ-LAGUNAS, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that
//

MIP:fer:Imperial
5/19/08

1 | was a substantial step toward committing the offense, all in violation
2 | of Title 8, United States Code, Sections 1326(a) and (b).

3 | It is further alleged that defendant MARTIN MENDEZ-LAGUNAS was
4 | removed from the United States subsequent to March 16, 2000.

5 | DATED: May 21, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney