| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEWART M. YOUNG |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
| | Federal Office Building |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1626 WQH |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO |
| v. | ) | DISMISS WITHOUT PREJUDICE |
| | ) | |
| MARTIN MENDEZ-LAGUNAS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney, Stewart M. Young, and hereby moves to dismiss, without prejudice, the Indictment against the above-named defendant in the interests of justice.

DATED: September 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Stewart M. Young
STEWART M. YOUNG
Assistant U.S. Attorney