FILED
SEP - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-1626 WQH |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |
| MARTIN MENDEZ-LAGUNAS, ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in criminal case number 08-CR-1626 WQH be dismissed, without prejudice, as to defendant MARTIN MENDEZ-LAGUNAS.

IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: 9/5/08

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE