UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

MARTIN MENDEZ-LAGUNAS (1),

     Defendant.

CASE NO. 08CR1626

JUDGMENT OF DISMISSAL

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326(a) and (b) ATTEMPTED ENTRY AFTER DEPORTATION

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/5/2008

                WILLIAM Q. HAYES
                UNITED STATES DISTRICT JUDGE

            ENTERED ON 9/5/08